IN THE UNITED STATES DISTRICT COURT ~~SEALED~~

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 11-MJ-81 |
| | ) |
| v. | ) COMPLAINT FOR VIOLATION OF |
| | ) TITLE 18, UNITED STATES |
| | ) CODE, SECTION 2261A(2) |
| JOSEPH CROTTY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

BEFORE United States Magistrate Judge
Stephen L. Crocker

United States District Court
120 North Henry Street
Madison, Wisconsin 53703

The undersigned complainant being duly sworn states:

COUNT 1

From on or about August 16, 2011 through on or about August 26, 2011, in the

Western District of Wisconsin and elsewhere, the defendant,

JOSEPH CROTTY,

with intent to harass and cause substantial emotional distress to "P.W.," used a facility of

interstate commerce, namely the telephone, to engage in a course of conduct that placed

"P.W." in reasonable fear of death and substantial bodily injury and caused substantial

emotional distress to "P.W.," who was at that time in another state, namely Wisconsin.

(In violation of Title 18, United States Code, Section 2261A(2))

This complaint is based on the attached affidavit of FBI Special Agent Joeseph

Lavelle.

Joseph Lavelle
Special Agent, Federal Bureau of Investigation

Sworn to before me this _1st_ day of September 2011.

HONORABLE STEPHEN L. CROCKER
United States Magistrate Judge