IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH CROTTY,<br><br>Defendant. | ) INDICTMENT **SEALED**<br>)<br>) Case No. 11 CR 106 wmc<br>)<br>) 18 U.S.C. § 2261A(2)<br>)<br>)<br>)<br>) |

THE GRAND JURY CHARGES:

### COUNT 1

From on or about August 16, 2011 through on or about August 26, 2011, in the Western District of Wisconsin and elsewhere, the defendant,

JOSEPH CROTTY,

with intent to harass and cause substantial emotional distress to "P.W.," used a facility of interstate commerce, namely the telephone, to engage in a course of conduct that placed "P.W." in reasonable fear of death and substantial bodily injury, and caused substantial emotional distress to "P.W.," who was at that time in another state, namely Wisconsin.

(In violation of Title 18, United States Code, Section 2261A(2).)

A TRUE BILL

_____
PRESIDING JUROR

_____
JOHN W. VAUDREUIL
United States Attorney

Indictment returned: Sept 7, 2011